Pro Se 7 (Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
FILED

*06/24/2024*

Nathan Ochsner, Clerk of Court

)  Case No. _____
)
**Patrick Gilbert**  )
)
*Plaintiff(s)*  )
)
–v–  )
)
)
)
**Milstead Service Center**  )
)
*Defendant(s)*  )
)
)
)
)
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Name                          Patrick Gilbert

Street Address                5217 Sagewood Dr.

City and State                College Station, Texas

Zip Code and County           77845, Brazos County

Telephone Number              936-727-4478

E-mail Address                Patrick.gilbert4434@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Complaint for Employment Discrimination)

Defendant No. 1

| | |
|---|---|
| Name | Milstead Service Center |
| Address | 2416 N Frazier St. |
| City and State | Conroe, Texas |
| Zip Code and County | 77303, Montgomery County |
| Telephone Number | 936-441-3500 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Address | |
| City and State | |
| Zip Code and County | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C.  Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Milstead Service Center |
| Street Address | 2416 N Frazier St. |
| City and State | Conroe, Texas |
| Zip Code and County | 77303, Montgomery County |
| Telephone Number | 936-441-3500 |

## II.  Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

Pro Se 7 (Complaint for Employment Discrimination)

## III.    Statement of Claim

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On February 9, 2023 Milstead Service Center HR and management discriminated against my religion when they would not allow me to have Sundays off without working more hours. HR came to me stating that I needed to switch from hourly pay to commission based pay along with changing my schedule. The new schedule and pay were to go into effect on February 13, 2023. When going over the new Schedule options I reiterated to management and HR that I was unable to work Sundays due to religious reasons. I chose a schedule option that allowed me to continue working 55 hours per week as I had already taken a pay cut along with the schedule change. I gave HR my schedule option along with a signed noticed about needing Sundays off. HR and management agreed to the schedule option I had chosen and signed off on the new schedule. Hours later, before I had a dentist appointment that management had prior knowledge of, HR came back to me stating that the schedule option I had chosen was no longer available due to the fact that I needed Sundays off. HR stated that if I needed Sundays off then I must switch to a schedule where I would have been working at least 60 hours per week. I informed HR that I would not be signing that option and I needed to leave for my dentist appointment. I left that day with no further incident.

I was then retaliated against on February 10, 2023 when I went to work as usual. First thing in the morning when I arrived, I attempted to contact HR so we could finish discussing the new schedule change and come to a reasonable accommodation for me needing Sundays off. When HR arrived they immediately told me I was no longer allowed on the premises and that the police were on the way. They went as far as putting a criminal trespassing charge on me when I had never even been terminated from the job.

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on May 31, 2023.

B.      The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which I received on April 23, 2024.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking front pay for the year I was unemployed totaling $52,000, along with $121,566 in special compensatory damages, from hospital and dental bills, that needed to be paid out of pocket because I no longer was eligible for insurance, on top off the cost of living for the year, and $50,000 in general compensatory damages for the pain and suffering I endured from being criminalized, discriminated, and retaliated against.

Pro Se 7 (Complaint for Employment Discrimination)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/17/24

Signature of Plaintiff

Printed Name of Plaintiff    Patrick Gilbert